ACCEPTED
12-14-00336-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/6/2015 2:10:16 PM
CATHY LUSK
CLERK

NO. 12-14-00336-CV

IN THE
TWELFTH COURT OF APPEALS
AT TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/6/2015 2:10:16 PM
CATHY S. LUSK
Clerk

FREDERICK DAWSON GRAHAM
VS
DENA MARIE TURNER

Appealed from the County Court at Law of
Nacogdoches County, Texas

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

The undersigned counsel for Appellant in this proceeding, Frederick Dawson Graham, moves the Court for an extension of time to file his Appellant's Brief in this proceeding, and in support of that request shows as follows:

### A. Introduction

1. Appellant is Frederick Dawson Graham. Appellee is Dena Marie Turner.

2. No rule limits the time within which to file this motion to extend. *See* TEX.R.APP.P. 38.6(d).

3. Appellee's attorney was consulted on this motion and stated that he could not consent to an extension.

## B. Argument and Authorities

4. The Court has the authority under TEXAS RULE OF APPELLATE PROCEDURE 38.6(d) to extend the time to file the brief.

5. Appellant's brief is due on March 9, 2015.

6. Appellant requests an additional thirty (30) days to file his brief, extending the time until April 9, 2015.

7. No extension has been granted to extend the time to file Appellant's brief.

8. Appellant needs additional time to file his brief because Appellant's counsel has had some health issues recently that limits his work hours.

9. Appellant needs additional time to file his brief because Appellant's counsel has multiple cases involving extensive legal research and records review. In addition to this case and his trial work, Appellant's counsel has the following cases which require extra time and attention. Appellant's counsel had a brief due this month in Cause Number 12-14-00249CV, styled, "In the Guardianship of James David Allen, An Incapacitated Person," in the Twelfth Court of Appeals. He also has a brief due on March 26, 2015, before the Twelfth Court of Appeals in Cause Number 12-14-00262CV, styled, "Charles Alford and Mary Lou Alford vs Robert Thomas McKeithen, EOG Resources, Inc. and Central Land Services." Appellant's counsel has a hearing on a Motion for New Trial in Harris County, Texas, in Cause Number 2011-72719, styled, "Mang Hoang and Dung Le vs Phap V. Nguyen, Andy Ngo, and Dung T. Vu." To prepare for this hearing on March 23, 2015,

Appellant's counsel must review the trial record. Appellant's counsel expects this case to be appealed.

WHEREFORE, the undersigned counsel for Appellant in this proceeding moves the Court to extend the time for a response until April 9, 2015.

Respectfully submitted,

Tom Rorie
State Bar No. 17238000
210 North Street
Nacogdoches, TX 75961
(936) 559-1188
(936) 559-0099 Fax
trorie@sbcglobal.net
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

On March 6, 2015, counsel for Appellee in this case advised counsel for Appellant that he could not agree to this motion.

Tom Rorie

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been served on counsel for Appellee this 6 day of March, 2015, by e-file notice and by facsimile, to-wit:

Mr. Jarett T. LaRochelle
Attorney at Law
Facsimile (713) 840-6351
jarettlarochelle@yahoo.com

Tom Rorie